# Exhibit "B"

# maquette
## crating ■ storage ■ installation ■ transport
288 WEST ST NY NY | 48-25 33RD ST LIC NY | 212. 925. 3067

# INVOICE

Bill To:
The Peksquire Group
387 Grand St. Suite K203
New York, NY. 10002

| Date |
|---|
| 10/05/15 |

| Invoice No. |
|---|
| 8620 |

| REF # | Terms |
|---|---|
| 100515.17 | Due on receipt |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Transport | 10/05/15 - On-site packing and collection of (21) items from Colony, Removal of works down 2 flights of stairs, Attempted delivery of works to A4 Warehouse. Return of works to MQT for temporary storage. | | 948.00 | 948.00 |
| Materials | 10/05/15 - Materials | | 150.00 | 150.00T |
| Receive | 10/05/15 - Receive, register and place into MQT | | 70.00 | 70.00 |
| | NYS sales tax | | 8.875% | 13.31 |

PAID

| | Total | $1,181.31 |
|---|---|---|

Please note that invoices 30 days past due are subject to a 5% monthly late fee.

Please address all payments to 288 West Street, New York, NY 10013.



**Matthew Pek <matt.pek@gmail.com>**

# Invoice (No. 8620) - from Maquette Fine Art Services Inc., Matthew A. Pek, Esq.

**Jackie** <jackie@maquetteartservices.com>  Mon, Oct 12, 2015 at 1:12 PM
To: peksquire@gmail.com

Dear Matthew Pek,

Your paid invoice is attached. Please let us know if you have any questions. Thank you for your business.

Sincerely,
Maquette Fine Art Services Inc.

📄 **Invoice (No. 8620) - from Maquette Fine Art Services Inc., Matthew A. Pek, Esq..pdf**
127K