USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
_____ 9/30/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIDIVIXI, LLC ET AL.,

                              Plaintiffs,

        - against -

MARK ANTHONY GRATTAN ET AL.,

                              Defendants.

15-CV-7364 (JGK)

**JUDGMENT**

        Defendants Mark Anthony Grattan and Mark Grattan Design & Build ("Defendants") having made a motion for attorneys' fees in the amount of $39,560.90 and costs in the amount of $1,583.01 pursuant to the Lanham Act 15 U.S.C. §1117(a)(3), 28 U.S.C. §1927, and Rule 41 of the Federal Rules of Civil Procedure against plaintiffs VIDIVIXI, LLC and Francis T. Bradley ("Plaintiffs"); and due deliberation having been had  by Memorandum Order and Decision dated August 13, 2016 by the Honorable John G. Koeltl, and upon the Court's order granting the motion for attorneys' fees in part under the Lanham Act in the amount of $19,780.45, denying the request for attorneys' fees in full under §1927 and Rule 41, and awarding costs in the amount of $1,583.01 on consent by Plaintiffs, for a total amount awarded for attorneys' fees and costs of **$21,363.46**, it is

        ORDERED, ADJUDGED, and DECREED: that Defendants recover from and have judgment against VIDIVIXI, LLC (located at 551 Stewart Ave. Brooklyn, New York 11222), and Francis T. Bradley (residing at 40 Clinton St. Apt. 3C New York,

New York, 10002), jointly and severally, in the amount of $21,363.46,  and that Defendants have execution thereon.

Dated: New York, New York

9/29/16

UNITED STATES DISTRICT JUDGE

Judgment entered this _____ day of

_____, 2016